MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
MIRIAM R. HINMAN
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-00305-GEB-DB |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| YANIV GOHAR, | |
| Defendant, | |
| REAL PROPERTY LOCATED AT 2040 SOLANO WAY, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 020-0109-006-3, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 925 E. 11TH STREET WAY, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 019-0017-003, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 832-836 7TH AVENUE, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 019-0011-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 2017 PORSCHE PANAMERA S, VIN: WP0AB2A76HL120935, CALIFORNIA LICENSE NUMBER: 8ACY758, | |
| 2013 MASTERCRAFT X-STAR WAKEBOARD BOAT, VIN: | |

1

Application and Order
For Publication

| | |
|---|---|
| 1 | MBCSLDD0K213, CALIFORNIA VESSEL NUMBER: CF 4080 RV, |
| 2 | |
| 3 | ANY AND ALL FUNDS ON DEPOSIT AT JP MORGAN CHASE, ACCOUNT NUMBER 819151536, HELD IN THE NAME OF |
| 4 | UNITED HOME SF, INC., |
| 5 | ANY AND ALL FUNDS ON DEPOSIT AT JP MORGAN CHASE, ACCOUNT NUMBER |
| 6 | 928023337, HELD IN THE NAME OF SHIFRA, LLC, |
| 7 | |
| 8 | ANY AND ALL FUNDS ON DEPOSIT AT JP MORGAN CHASE, ACCOUNT NUMBER 928009591, HELD IN THE NAME OF |
| 9 | SQUEEZE ME, INC., and |
| 10 | ANY AND ALL FUNDS ON DEPOSIT AT JP MORGAN CHASE, ACCOUNT NUMBER |
| 11 | 765359869, HELD IN THE NAME OF YANIV GOHAR, |
| 12 | |
| 13 | Defendants-*In Rem*. |

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant real properties are located in Oakland, California, Alameda County.

4. The defendants 2017 Porsche Panamera S, 2013 Mastercraft X-Star Wakeboard Boat, Any and all funds on deposit at JP Morgan Chase, Account Number 819151536, held in the name of United Home SF, Inc., Any and all funds on deposit at JP Morgan Chase, Account Number 928023337, held in the name of Shifra, LLC, Any and all funds on deposit at JP Morgan Chase, Account Number 928009591, held in the name of Squeeze Me, Inc., and Any and all funds on deposit at JP Morgan Chase, Account Number 765359869, held in the name of Yaniv Gohar.

(collectively "defendant assets") will be seized as soon as possible by the U.S. Marshals Service pursuant to a Warrant for Arrest.

5. The United States proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 2/8/2018                            MCGREGOR W. SCOTT
                                          United States Attorney

                                      By: /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 14, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/ USvGohar0305.app.pub.ord

4