McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
MIRIAM R. HINMAN
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>YANIV GOHAR,<br><br>       Defendant,<br><br>REAL PROPERTY LOCATED AT 2040 SOLANO WAY, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 020-0109-006-3, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>       Defendants-*In Rem*. | 2:18-CV-00305-GEB-DB<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM MAY 7, 2018 TO JULY 26, 2018 |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from May 7, 2018 to July 26, 2018.

IT IS SO ORDERED.

Dated:  May 7, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge