UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YANIV GOHAR,<br><br>    Defendant,<br><br>REAL PROPERTY LOCATED AT 2040 SOLANO WAY, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 020-0109-006-3, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>    Defendants-*In Rem*. | No. 2:18-cv-00305-GEB<br><br>**ORDER GRANTING MOTION FOR INTERLOCUTORY SALE OF CERTAIN DEFENDANT REAL PROPERTIES** |
|---|---|

    The United States of America (the "Government") moves under the Federal Rules of Civil Procedure's Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule") G(7) for an order authorizing the sale of three defendant properties to avoid a risk of deterioration and because each property is subject to a mortgage on which the owner is in default. Mot. for Interloc. Sale of Def. Real Properties 1:9-17, 4:25-5:7,

1

ECF No. 24; see also Rule G(7)(b)(i)(A), (C). The three real properties the government seeks authorization to sell are the following:

- 2040 SOLANO WAY, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 020-0109-006-3
- 925 EAST 11TH STREET, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 019-0017-003
- 832-836 7TH AVENUE, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 019-0011-016

See Mot. for Interloc. Sale of Def. Real Properties 2:27-28.

On February 8, 2018, the United States filed a Verified Complaint In Rem against several assets, including the above three real properties ("Subject Real Properties"), based on their involvement in violations of federal gambling laws. See ECF No. 1. The complaint contains the averment that Yaniv Gohar purchased the Subject Real Properties during the time he operated an illegal gambling ring.

On December 21, 2017, a grand jury returned an indictment against Mr. Gohar and other individuals for violation of 18 U.S.C. § 1955. United States v. Gohar, 2:17-cr-00232-GEB, ECF No. 35. On January 3, 2018, the magistrate judge in that action issued a no-bail warrant for Mr. Gohar after Mr. Gohar failed to appear in court. 2:17-cr-00232-GEB, ECF No. 49. The United States argues:

> In the absence of a responsible owner, the properties lack a steward for managing the properties, collecting rent from tenants, and paying loans and taxes. [Preserving] the status quo for each property and avoid[ing] deterioration of the property's condition and equity position . . . can be accomplished through an interlocutory sale and converting the properties to cash.

Mot. for Interloc. Sale of Def. Real Properties 1:14-17.

On February 12, 2018, Thomas A. Johnson, Mr. Gohar's attorney of record, signed a certified mail receipt verifying notification of the forfeiture action. In February 2018, the Government posted copies of the Notice of Verified Complaint for Forfeiture <u>In Rem</u> on the Subject Real Properties. The United States has shown that the Subject Real Properties have been properly noticed as required by 18 U.S.C. § 985, and the owner of the properties has been noticed and defaulted.

Each of the Subject Real Properties is allegedly encumbered by a loan interest. On March 16, 2018, Northpointe Bank filed a claim in which it alleges a loan interest in the defendant property located at 925 East 11th Avenue and represents that the loan is in default. ECF No. 13. On May 14, 2018, Velocity Commercial Capital filed a claim in which it alleges a loan interest in the defendant property located at 2040 Solano Way and represents that the loan is in default. ECF No. 22. And on June 26, 2018, Cenlar FSB, as sub-servicer for Matric Financial Services Corporation, filed a claim in which it alleges a loan interest in the defendant property located at 832 and 836 7th Avenue and represents that the loan is in default. ECF No. 26.

The Government's Motion for Interlocutory Sale of Defendant Real Properties, ECF No. 24, in the above-styled civil action is GRANTED under Rule G(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and the Subject Real Properties owned by Mr. Gohar are to be sold forthwith. Therefore, the June 25, 2018 hearing on the motion is vacated.

Dated: June 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4