| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br><br>Attorneys for the United States | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>YANIV GOHAR,<br><br>          Defendant,<br><br>REAL PROPERTY LOCATED AT 2040 SOLANO WAY, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 020-0109-006-3, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 925 EAST 11TH STREET, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 019-0017-003, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 832-836 7TH AVENUE, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 019-0011-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>2013 MASTERCRAFT X-STAR WAKEBOARD BOAT, VIN: MBCSLDD0K213, CALIFORNIA VESSEL NUMBER: CF 4080 RV, | No. 2:18-cv-0305 GEB DB<br><br>FINDINGS AND RECOMMENDATIONS |

| | |
|---|---|
| 1 | APPROXIMATELY $7,129.51 SEIZED FROM JP MORGAN CHASE, ACCOUNT NUMBER 819151536, |
| 2 | |
| 3 | APPROXIMATELY $12,218.09 SEIZED FROM JP MORGAN CHASE, ACCOUNT NUMBER 928009591, and |
| 4 | |
| 5 | APPROXIMATELY $7,286.14 SEIZED FROM JP MORGAN CHASE, ACCOUNT NUMBER 3367633756, |
| 6 | |
| 7 | Defendants-*In Rem*. |

This matter came before the Honorable Deborah Barnes on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed February 8, 2018 and an *Amended* Verified Complaint for Forfeiture *In Rem* filed February 14, 2018.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Yaniv Gohar, Eran Berkovich and United Home SF, Inc.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Yaniv Gohar, Eran Berkovich and United Home SF, Inc. received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Yaniv Gohar, Eran Berkovich and United Home SF, Inc. be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Yaniv Gohar, Eran Berkovich and United Home SF, Inc. in the defendant assets referenced in the above caption;

////

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant assets to the United States, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Garland E. Burrell, Jr. and filed by the Clerk of the Court.

Dated: July 30, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:6
DB/orders/orders.civil/USvgohar.0305.mdj.f&rs