McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00305-GEB-DB |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| YANIV GOHAR, | |
| Defendant, | |
| REAL PROPERTY LOCATED AT 2040 SOLANO WAY, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 020-0109-006-3, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 925 EAST 11TH STREET, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 019-0017-003, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 832-836 7TH AVENUE, OAKLAND, CALIFORNIA, ALAMEDA COUNTY, APN: 019-0011-016, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 2013 MASTERCRAFT X-STAR WAKEBOARD BOAT, VIN: MBCSLDD0K213, CALIFORNIA VESSEL NUMBER: CF 4080 RV, | |

1

Default Judgment and Final Judgment of Forfeiture

| | |
|---|---|
| APPROXIMATELY $7,129.51 SEIZED FROM JP MORGAN CHASE, ACCOUNT NUMBER 819151536, | |
| APPROXIMATELY $12,218.09 SEIZED FROM JP MORGAN CHASE, ACCOUNT NUMBER 928009591, and | |
| APPROXIMATELY $7,286.14 SEIZED FROM JP MORGAN CHASE, ACCOUNT NUMBER 3367633756, | |
| Defendants-*In Rem*. | |

This matter came before the Honorable Magistrate Deborah Barnes on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Yaniv Gohar, Eran Berkovich and United Home SF, Inc. are held in default.

3. A judgment by default is hereby entered against any right, title, or interests of Yaniv Gohar, Eran Berkovich and United Home SF, Inc. in the defendant assets referenced in the above caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant assets to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: August 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge